No. 322. CELITE CORPORATION *v.* DECALITE COMPANY. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for petitioner. *Messrs. Chárles E. Donnelly* and *Frederick Bachman* for respondent.